People v Brown (2024 NY Slip Op 00081)

People v Brown

2024 NY Slip Op 00081

Decided on January 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LARA J. GENOVESI
CARL J. LANDICINO
LAURENCE L. LOVE, JJ.

2000-03588
 (Ind. No. 1121/98)

[*1]The People of the State of New York, respondent,
v
Robert Brown, appellant.

Thomas Eddy, New Rochelle, NY, for appellant.
Miriam E. Rocah, White Plains, NY (Raffaelina Gianfrancesco of counsel; Brandon Rosenberg on the memorandum), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 29, 2004 (People v Brown, 5 AD3d 789), affirming a judgment of the County Court, Westchester County, rendered February 14, 2000.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., GENOVESI, LANDICINO and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court